CITY BANK FARMERS TRUST. COMPANY, as Trustee, Respondent, *v.* THE CHARITY ORGANIZATION SOCIETY OF THE CITY OF NEW YORK et al., Defendants, and EMMETT H. BELLAMY, as Trustee, et al., Appellants.

(Argued January 18, 1934; decided February 27, 1934.)

*Ferdinand I. Haber* and *William Pitt Mason, Jr.,* for appellants.

*Charles A. Taussig* and *Benjamin B. Avery* for respondent.

*Neil P. Cullom* and *Henry W. Steingarten* for The Metropolitan Museum of Art et al., defendants, as *amici curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.